No. 03–788. IN RE ALEXANDER ET AL.;

No. 03–7617. IN RE FLOYD;

No. 03–7741. IN RE AYRHART;

No. 03–7756. IN RE WILLIAMS;

No. 03–7803. IN RE SCHEIDLY;

No. 03–7822. IN RE RAHEMAN;

No. 03–7843. IN RE BROCKWELL;

No. 03–7854. IN RE GOODEN;

No. 03–7873. IN RE GENTRY;

No. 03–7902.  IN RE FELIX;
No. 03–7964.  IN RE BYRD; and
No. 03–7986.  IN RE GREEN.  Petitions for writs of habeas corpus denied.